SOPHIA LIESNY, Respondent, *v.* METROPOLITAN LIFE
INSURANCE COMPANY, Appellant.

*Liesny* v. *Metropolitan Life Ins. Co.*, 147 App. Div. 253, appeal
dismissed.

(Submitted December 11, 1913; decided December 16, 1913.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
November 15, 1911, reversing a judgment in favor of
defendant entered upon a verdict and granting a new
trial in an action to recover upon a policy of life insurance.

*J. W. Rayhill* for appellant.

*William F. Dowling* for respondent.

Appeal dismissed, with costs; no opinion.
Concur: CULLEN, Ch. J., WERNER, HISCOCK, CHASE,
COLLIN, CUDDEBACK and HOGAN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* RICHARD MOORE, Appellant.

*People* v. *Moore*, 146 App. Div. 956, appeal dismissed.
(Submitted December 8, 1913; decided December 16, 1913.)

MOTION to dismiss an appeal from an order of the
Appellate Division of the Supreme Court in the first
judicial department, entered November 24, 1911, which
affirmed a judgment of the Court of General Sessions of
the Peace in the county of New York rendered upon a
verdict convicting the defendant of the crime of murder
in the second degree.

The motion was made upon the ground of failure to
file the return.

*Louis Fabricant* for motion.

No one opposed.

Motion granted and appeal dismissed.